UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Bankers Standard Ins. Co.<br>Plaintiff,<br><br>V.<br><br>Zoeller Pump Company, LLC<br>Defendant. | )<br>)<br>)<br>)<br>)   Case No. 4:25-cv-740<br>)<br>)<br>)<br>) |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Jessica Burtnett, move to be admitted pro hac vice to the bar of this court for the purpose of representing Zoeller Pump Company, LLC in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a) Full name of the movant-attorney;
   Jessica Burtnett

(b) Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

   Name: Traub Lieberman
   Address: 71 S. Wacker Drive, Suite 2110
   City, State Zip: Chicago, IL 60606
   Phone No.: 312-332-3900
   Fax No.: 312-332-3908

(c) Email for movant-attorney;
   jburtnett@tlsslaw.com

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
   Loyola University Chicago School of Law, 2003

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| Jurisdiction | Yr. Admitted | Reg. Number |
|---|---|---|
| Illinois | 2003 | 6279830 |
| Michigan | 2019 | P83604 |
| Wisconsin | 2022 | 1128247 |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)  Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Jessica Katherine Burtnett

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2003 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 24th day of June, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

I, Sheelah Guild, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

JESSICA KATHERINE BURTNETT

was admitted to practice as an attorney within this state on October 20, 2022 and is presently in good standing in this court.

Dated: July 2, 2025

SHEELAH GUILD
Chief Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing

# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that Jessica Katherine Burtnett, P83604 of Chicago, Illinois is an active member of the State Bar of Michigan in good standing.

Jessica Katherine Burtnett was admitted to practice in Michigan on August 22, 2019 in Berrien County and became a member of the State Bar of Michigan on August 27, 2019.



Peter W. Cunningham, Executive Director
July 06, 2025