**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| BANKERS STANDARD INSURANCE COMPANY as assignee of JOAN RODRIGUEZ, | ) ) ) | |
| Plaintiff | ) ) | Case No. 4:25-cv-740 |
| v. | ) ) | |
| | ) | **STIPULATION OF VOLUNTARY** |
| ZOELLER PUMP COMPANY LLC, a Kentucky limited liability company, | ) ) | **DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) OF THIRD** |
| | ) | **PARTY COMPLAINT WITH** |
| Defendant. | ) | **PREJUDICE** |
| | ) | |
| ZOELLER PUMP COMPANY LLC, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXCEL PLUMBING, INC. | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Zoeller Pump Company, LLC, and Excel Plumbing, Inc., by and through their respective counsel that the Third-Party Complaint against Excel Plumbing, Inc., is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed without further notice to the Clerk of the Court; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a copy or a faxed copy of a signature shall be effective as if it were an original.

Defendant/Third-Party Plaintiff, ZOELLER PUMP COMPANY, LLC

By: /s/ Jessica K. Burtnett
        Traub Lieberman Straus & Shrewsberry, LLC

1

Third-Party Defendant, EXCEL PLUMBING, INC.

By: /s/ Matthew Kouri
        The Chartwell Law Offices, LLP

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed on July 28, 2026,

with the Clerk of the Court using the CM/ECF System, which will send electronic notification of

such filing to all counsel on record.

/s/ Jessica K. Burtnett

2